# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

150447

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHEN ALLEN LACOSSE, II,
      Defendant-Appellant.

SC: 150447
COA: 310987
Livingston CC: 12-020411-FH

_____/

On order of the Court, the application for leave to appeal the September 16, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals and we REMAND this case to the Livingston Circuit Court to determine whether it took the challenged information regarding the defendant's parents in the PSIR into account at sentencing. If the court determines that the challenged information was either inaccurate or irrelevant to the defendant's sentence, the court shall direct the probation officer to correct or delete the challenged information from the PSIR as required by MCR 6.425(E)(2)(a) and assure that a corrected copy of the report is prepared and transmitted to the Michigan Department of Corrections per MCR 6.425 and MCL 771.14(6). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



Clerk

d0316